UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
HECTOR L ADORNO CRUZ
JEANETTE RODRIGUEZ RODRIGUEZ

DEBTOR(S)

CASE NO.:99-04229-G

CHAPTER 13

**TRUSTEE REPORT REGARDING UNCLAIMED MONEY**

TO THE HONORABLE COURT:

**NOW COMES** Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1. This case had been closed as a PLAN COMPLETED and its Final Report & Account is been filed with this motion.

2. As of the date that this case was closed the below described check(s) remained unpaid after 90 days after the final distribution pursuant to 11 USC 1326.

3. In compliance with 11 USC 347(a) and Bankruptcy Rule 3011, the Trustee cancelled the below described check(s):

| CREDITOR'S NAME AND ADDRESS | CHECK NUMBER | AMOUNT UNCLAIMED |
|---|---|---|
| HECTOR L ADORNO CRUZ<br>LAKES SANTA BARBARA APTS<br>915 SE 22 AVE<br>APT 12 PAMPANO BEACH FL  33062 | 0384499 | $ 390.00 |
| CAMARA DE MAYORISTAS DE PR<br>C/O ARTURO GONZALEZ MARTIN,ESQ<br>P O BOX 193377<br>SAN JUAN,PR  00919-3377 | 0371458 | $ 5,289.67 |
| CAMARA DE MAYORISTAS DE PR<br>C/O ARTURO GONZALEZ MARTIN,ESQ<br>P O BOX 193377<br>SAN JUAN,PR  00919-3377 | 0371711 | $ 925.02 |
| CAMARA DE MAYORISTAS DE PR<br>C/O ARTURO GONZALEZ MARTIN,ESQ<br>P O BOX 193377<br>SAN JUAN,PR  00919-3377 | 0373979 | $ 308.34 |
| CAMARA DE MAYORISTAS DE PR<br>C/O ARTURO GONZALEZ MARTIN,ESQ<br>P O BOX 193377<br>SAN JUAN,PR  00919-3377 | 0377021 | $ 308.34 |

FINANCE DIVISION

Page 2
99-04229
HECTOR L ADORNO CRUZ

| **CREDITOR'S NAME AND ADDRESS** | CHECK NUMBER | AMOUNT UNCLAIMED |
|---|---|---|
| CAMARA DE MAYORISTAS DE PR<br>C/O ARTURO GONZALEZ MARTIN, ESQ<br>P O BOX 193377<br>SAN JUAN, PR    00919-3377 | 0379201 | $ 308.32 |

4. The Trustee issued substitute check(s) payable to the Clerk of the Bankruptcy Court in the aggregate amount of $ 7,529.69, which is/are hereby delivered with this motion for its disposition according to Chapter 129 of Title 28.

**WHEREFORE,** the Trustee respectfully prays that this motion be granted for the reasons herein set forth.

**NOTICE:** The Chapter 13 Trustee hereby certify that a true copy of this motion has been served by regular US Mail on this same date to all parties appearing in the Attached Verified Statement.

DATE: 10/08/04

Jose R. Carrion, Trustee
PO BOX 9023884, Old San Juan
San Juan, P.R. 00902-3884
(787) 977-3535 * FAX 977-3550

Page 3
**99-04229**
HECTOR L ADORNO CRUZ

## VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies, under penalty of perjury, that on this same date, I personally and duly notified a true and exact copy of attached motion to each party below listed.

HECTOR L ADORNO CRUZ
JEANETTE RODRIGUEZ RODRIGUEZ
LAKES SANTA BARBARA APTS
915 SE 22 AVE
APT 12 PAMPANO BEACH FL
      33062

*WILBERT LOPEZ MORENO*

1272 AVE JESUS T PINERO
SAN JUAN PR

      00921-1616

CAMARA DE MAYORISTAS DE PR
C/O ARTURO GONZALEZ MARTIN, ESQ
P O BOX 193377
SAN JUAN, PR
      00919-3377

ATTORNEY GENERAL
PO BOX 9020192
SAN JUAN, PR 00902-0192

In San Juan, Puerto Rico this 08 day of October, 2004.

_____
Chapter 13 Clerk